UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 2:25-cr-110-SPC-NPM

MIRANDA LEE PRYOR

_____

**PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 81). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting an H&R firearm (S/N AE72985) and ammunition seized on or about May 11, 2025. *See* 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crimes of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 63) is **GRANTED**.

1.    The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d); 28 U.S.C.

§ 2461(c); and Fed. R. Crim. P. 32.2(b)(2).

2.      This Order will become a final order of forfeiture as to Defendant

at sentencing.

3.      Jurisdiction is retained to the extent necessary to complete the

forfeiture and disposition of the assets.

**DONE** and **ORDERED** in Fort Myers, Florida on November 18, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2